UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | | |
|---|---|---|
| RICHARD YANUS, | ) | |
| | ) | |
| Plaintiff, | ) | 2:12-cv-02102-JCM-CWH |
| | ) | |
| vs. | ) | <u>ORDER</u> |
| | ) | |
| WALMART STORES, INC., | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on Plaintiff's Motion to Amend/Correct Complaint (#8), filed March 25, 2013.  Defendant Walmart does not oppose the request.  Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Motion to Amend/Correct Complaint (#8) is **granted**.

DATED: April 12, 2013.

_____
C.W. Hoffman, Jr.
United States Magistrate Judge