A. J. SHARP
Nevada Bar No. 11457
**PHILLIPS, SPALLAS & ANGSTADT LLC**
504 South Ninth Street
Las Vegas, Nevada 89101
(702) 938-1510

*Attorneys for Defendant*
*Wal-Mart Stores, Inc.*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| RICHARD YANUS,<br><br>    Plaintiff,<br>v.<br>WAL-MART STORES, INC., and DOES 1 through 100, and ROE CORPORATIONS 101 through 200,<br><br>    Defendants. | Case No.: 2:12-cv-02102-JCM-CWH<br><br>**STIPULATION AND ORDER FOR**<br>**DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED, by the parties hereto, through their respective counsel of record, that the above-captioned matter be dismissed with prejudice, each party to bear that

//
//
//
//
//
//
//
//
//
//

- 1 -

party's own costs and attorney's fees.

DATED this 4 day of Sept, 2013.

**BERNSTEIN & POISSON**

_____
Christopher D. Burk, Esq.
320 South Jones Boulevard
Las Vegas, Nevada 89107
*Attorneys for Plaintiff*
*Richard Yanus*

DATED this 5th day of September, 2013.

**PHILLIPS, SPALLAS & ANGSTADT**

_____
A. J. Sharp, Esq.
504 South Ninth Street
Las Vegas, Nevada 89101
*Attorneys for Defendant*
*Wal-Mart Stores, Inc.*

## ORDER

PURSUANT TO THE STIPULATION OF THE PARTIES, through their respective counsel, it is hereby:

ORDERED, ADJUDGED, AND DECREED, that the above-captioned matter be dismissed, with prejudice, each party to bear that party's own costs and attorney's fees.

DATED September 9, 2013.

_____
UNITED STATES DISTRICT JUDGE